Chrystal M. Thornton )
_____ )
_____ )
(Enter above the NAME of the )
plaintiff in this action.) )

v. )

Sevier County Jail )
Rhett Rutledge )
Dustin Floyd )
(Enter above the NAME of each )
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( )

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. What was the result? _Nothing, said they would be looked into then was told, these things did not happen!_

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Chrystal Mae Thornton
Present address: 137 Commerce St. Sevierville TN 37862
Permanent home address: 151 Fairgarden Rd. Sevierville TN 37876
Address of nearest relative: 179 Fairgarden Rd. Sevierville TN 37876

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Rhett Rutledge / Sevier County Main Jail
Official position: Major over Sevier County main jail
Place of employment: Sevier County main jail

C. Additional defendants: Sargent Cole, Sargent Sutton, Sargent Cooper, LT. Dustin Floyd Supervisor Samantha Lovelady Doris with Administration
_Works in front grabs on all male trustees!_

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I have been placed on Administrative Segregation with only a verbal reasoning of "I threatened staff members" on Citi Tele Coin
_In jail computer this is what it said 3 per Rhett Rutledge_

Also I have documentation from girls in dorms signed + dated!
Also Citi Tele Con said if I had threatened anyone at anytime they would have shut my account down!

All officers at this facility says they didnt understand why I'm in here + only 2 ever had at the most an argument w/me! I've NEVER been in Any physical altercations! EVER!!

I knew these claims were false, so I immediatly told Rhett Rutledge they were + he gave me another reason of I had aggravated Kidnapping charges!? I do not have any aggravated Kidnapping charges either! I have been "accused" of an aggravated armed robbery + already at A hearing Judge Ogle said the "only" witness was NOT a very creditable witness at all! Either way - I've been on Admin. Segregation since May 4, 2023 with no actual legal reasoning! I upset Rhett Rutledge when I wrote out on greevances telling him the females did not like it on April 24, 2023 or on February 28, 2023 for male trustees to be inside the female control room alone watching 3 different dorms of females only! Also the one on April 24, 2023 the male trustee was taking apart hard drives + monitors all the computer surveillance system in female control room! All the wemon in dorm 40 wrote documentation about how they did not appreciate these things + did not feel safe! I also wrote many greivances about this + was told they were not happening! BarbrA Drennin (control room operator) Sargent Cole, Lt. Dustin Floyd + Major Rhett Rutledge was all present for the male trustee taking apart surviellance equipment including but not limited to All hard drives monitors. Keyboards mouses TV's + recording devices!

4

Rhett Rutledge is only way I could get out ⟶
Administrative Segregation!!

From May 4th 2023 I was put in Admin. Seg. due to not minding my own buisness, I was told! I was took to the Annex + was the only female housed there till 15th or 16th of May + brought back to main jail, was told I am now a maxx out inmate per Rhett Rutledge They put me in a maxx cell that was completely full of black mold someone had painted over! My throat automatically started swelling! I've had open heart surgery! I kicked the door till Sargent Sutton came + threatened to taze me while I'm sitting on my bed! I asked her if she new what dilberate indifference was + she automatically cuffed me so tight the nurse had to check me out! Then I was placed on the mans side of jail in holding cell that was nasty + was left for 3 days straight! No shower, No one hour out + 2nd shift handed me a sandwich + never came back! I have been in this same cell from May 15th + still currently here only time cell was cleaned was this morning on May 25th at 4am, they only open cell throw in food + pick trey back up on first shift (sometimes) other times another shift has to get treys! They have forgotten me many times + me not get to shower or get hour out! Officer Holt found out I was left in here + all sudden my cell is cleaned for first time, my laundry gets done first time + I was brought another jumpsuit for a second time! Holt said I seem like my brain aint right! I also think I may have shingles for first time in my life! This has been beyond traumatic for me! Also officer Wyatt said I didnt deserve to be treated inhumanly + was sorry! Beyond cruel + unusual punishment!

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Would like psyk mental evaluation, professional medical care, Repremend people involved possibly five Rhett Rutledge also pay me for pain + suffering by Sevier County Jail + staff Also make staff take some sort of class on equal rights + treatment to prisoners! All lives are Equal + matter Rhett Rutledge mis-uses funds + treats people by way his personal life is! He needs to be fired! Dustin Floyd same as Rhett Rutledge! Need fired!

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 25th day of MAY, 20 23.

Chrystal M. Thomas
Signature of plaintiff(s)