UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

CHRYSTAL M. THORNTON,                    )
                                         )
            *Plaintiff*,                  )
                                         )      Case No. 3:23-cv-191-CLC-JEM
v.                                       )
                                         )
SEVIER COUNTY JAIL, et al.,              )
                                         )
            *Defendants*.                 )

## JUDGMENT ORDER

In accordance with the accompanying Memorandum and Order, it is **ORDERED** that

Plaintiff's *pro se* civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** pursuant to 28

U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in its Memorandum and Order that any appeal taken from

this decision would not be taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma*

*pauperis* on any subsequent appeal. *See* § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   */s/ LeAnna R. Wilson*
   CLERK OF COURT